**Order entered October 11, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00854-CV

## HALLIBURTON ENERGY SERVICES, INC., Appellant

## V.

## AXIS TECHNOLOGIES, LLC, ET AL., Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-00267-D**

## ORDER

We **GRANT** appellant's October 4, 2013 unopposed motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before October 21, 2013.

/s/ ADA BROWN
JUSTICE